# Exhibit 6

| Booking Holdings – Customer Service Platform<br><br>Infringement of the '420 patent ||
|---|---|
| Claim 20 | Evidence |
| 20. A method of processing requests, comprising: | The Booking Holdings customer service platform performs a method of processing requests.<br><br>For example, the customer service platform performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br>"We provide customer service through a mix of *in-house call centers* and outsourced third-party services." [1] (emphasis added)<br><br><br><br>[2] |

1

| | |
|---|---|
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The Booking Holdings customer service platform estimates a content-specific or a requestor-specific characteristic associated with each received request.<br><br>For example, the customer service platform uses information provided by the caller, such as through interactive voice responses, email and chatbots to determine the nature of the call.<br><br>"Further, we endeavor to _provide excellent customer service in a variety of ways, including through call centers and online platforms and the use of chatbots and other technologies_, so that consumers can be confident that booking reservations through us will be a positive experience. " [1] *(emphasis added)*<br><br>**Helping your guests during peak season**<br><br>During the peak travel season, more guests than usual need help from our Customer Service team. If your guests need to contact us, have them visit our Help Center.<br><br>Through the Help Center, we can help your guests in their preferred language and prioritize Level 3 Genius members and guests who are traveling soon. We can give them the info they need to manage their booking themselves or advise them to contact our Customer Service team by email, live chat, or phone.<br>[4] |
| determining availability of a plurality of alternate target resources, each respective target resource having at | The Booking Holdings customer service platform determines the availability of multiple alternate target resources, each of which has a target characteristic.<br><br>For example, the customer service platform determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g. language). |

2

| | |
|---|---|
| least one respective target characteristic; | 

[3]

[4] |
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, | The Booking Holdings customer service platform evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources. |

| | |
|---|---|
| according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | For example, the customer service platform uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller.<br><br>**Our Help Center**<br><br>**1** Tailor-made Customer Service<br>Tell us what's happening and we'll guide you through what to do next.<br><br>**2** Contact us anytime<br>Send us a message or pick up the phone – our agents are always available.<br><br>**3** All the important things in one place<br>Call or message the property, and see all the essential information about your stay.<br><br>                                                                                      [4] |
| generating a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available | The automated processor of the Booking Holdings customer service platform generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the customer service platform generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls. |

| targets. | **Helping your guests during peak season**<br><br>During the peak travel season, more guests than usual need help from our Customer Service team. If your guests need to contact us, have them visit our Help Center.<br><br>Through the Help Center, we can help your guests in their preferred language and prioritize Level 3 Genius members and guests who are traveling soon. We can give them the info they need to manage their booking themselves or advise them to contact our Customer Service team by email, live chat, or phone.<br><br>[4] |
|---|---|

## References

[1] Booking Holdings Inc. – Annual Report – December 31, 2021
https://s201.q4cdn.com/865305287/files/doc_financials/2021/ar/2021-Annual-Report-booking.pdf

[2] Booking.com – Customer Service
https://www.booking.com/customer-service.html

[3] Booking.com – Help Center
https://secure.booking.com/help?aid=356980&label=gog235jc-1DEhBjdXN0b21lcl9zZXJ2aWNlKIICOOgHSDNYA2gniAEBmAExuAEHyAEP2AED6AEB-AECiAIBqAIDuAKgnPijBsACAdICJGI2NzczODI4LWM4NTAtNGVmYy1iMDNkLWZjYThlZjBkNzVjOdgCBOACAQ&sid=6d197d2e1e48a1dfc392123c7d0fd73a&source=lp_faq_block

[4] Booking.com – Partner Center
https://partner.booking.com/en-us/help/support-contact/contact/understanding-how-contact-us

## General References

[5] TTEC -Intelligent Routing
https://www.ttec.com/glossary/intelligent-routing#:~:text=Intelligent%20Routing%20(or%20Skills%2Dbased,fit%20to%20resolve%20the%20issue.

[6] TTEC - Contact Center of the Future: Digital Transformation Best Practices
https://www.ttec.com/contact-center-of-the-future-digital-transformation-best-practices

[7] TTEC - The Building Blocks of a Dynamic Contact Center
https://www.ttec.com/blog/building-blocks-dynamic-contact-center

[8] TTEC - Contact Center Automation: Tools and Trends for the Decade Ahead
https://www.ttec.com/blog/contact-center-automation-tools-and-trends-decade-ahead