# Exhibit 7

| Booking Holdings – Customer Service Platform | |
|---|---|
| **Infringement of the '748 patent** | |
| **Claim 11** | **Evidence** |
| 11. A method for assigning communications, comprising: | The Booking Holdings customer service platform performs a method for assigning communications.<br><br>For example, the customer service platform assigns incoming calls (including email messages and live chats) to call center agents.<br><br>"We provide customer service through a mix of *in-house call centers* and outsourced third-party services." [1] (emphasis added)<br><br>[2] |
| receiving a plurality of | The Booking Holdings customer service platform receives multiple respective |

1

| | |
|---|---|
| respective communications for association with a respective resource selected from a plurality of resources; | communications that are to be associated with a respective resource selected from multiple resources.<br><br>For example, the customer service platform receives multiple incoming calls (e.g. including phone calls, email messages and live chats) from customers requesting support or information. Each incoming call is to be assigned, by the customer service platform, to a call center agent who can help the customer with the customer's request.<br><br>**Helping your guests during peak season**<br><br>During the peak travel season, more guests than usual need help from our Customer Service team. If your guests need to contact us, have them visit our Help Center.<br><br>Through the Help Center, we can help your guests in their preferred language and prioritize Level 3 Genius members and guests who are traveling soon. We can give them the info they need to manage their booking themselves or advise them to contact our Customer Service team by email, live chat, or phone.<br><br>[4] |
| identifying a plurality of resources available for association with a respective communication and capable of handling the respective communication, each available resource having a limited quantitative capacity for | The Booking Holdings customer service platform identifies multiple resources that are available for association with a respective communication and are capable of handling the respective communication. Each available resource has a limited quantitative capacity for association with multiple communications and an availability state.<br><br>For example, the customer service platform uses one or more of interactive voice response (e.g. language), caller identification (e.g. user account profile) and customer relationship management information (e.g. Level 3 Genius Member) to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, |

2

| | |
|---|---|
| association with multiple communications and an availability state; | the customer service platform identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service platform to be available to handle the call. Each call center agent is typically handling only one call at any moment but can be assigned to multiple calls that are waiting in a queue, the size of which is dependent on various factors (e.g. call volume during peak season). This limitation represents a quantitative capacity of the agent for being associated with multiple communications.<br><br>"Further, we endeavor to _provide excellent customer service in a variety of ways, including through call centers and online platforms and the use of chatbots and other technologies_, so that consumers can be confident that booking reservations through us will be a positive experience. " [1] *(emphasis added)*<br><br>**Helping your guests during peak season**<br><br>During the peak travel season, more guests than usual need help from our Customer Service team. If your guests need to contact us, have them visit our Help Center.<br><br>Through the Help Center, we can help your guests in their preferred language and prioritize Level 3 Genius members and guests who are traveling soon. We can give them the info they need to manage their booking themselves or advise them to contact our Customer Service team by email, live chat, or phone.<br><div align="right">[4]</div> |

3

| | |
|---|---|
| | <br>[3] |
| calculating a respective score associated with each available resource dependent on the availability state of a respective available resource; | The Booking Holdings customer service platform calculates a respective score associated with each available resource dependent on the availability state of a respective available resource.<br><br>For example, for each available agent, the customer service platform determines an estimated wait time that the caller will remain in a queue before the agent can take the call (e.g. to prioritize urgent communications). |

| | |
|---|---|
| | **Helping your guests during peak season**<br><br>During the peak travel season, more guests than usual need help from our Customer Service team. If your guests need to contact us, have them visit our Help Center.<br><br>Through the Help Center, we can help your guests in their preferred language and <u>prioritize</u> Level 3 Genius members and <u>guests who are traveling soon</u>. We can give them the info they need to manage their booking themselves or advise them to contact our Customer Service team by email, live chat, or phone.<br><br>[4] |
| estimating an expected economic value to be obtained by associating each respective communication with each respective available resource, dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource; and | The Booking Holdings customer service platform estimates an expected economic value to be obtained by associating each respective communication with each respective available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource.<br><br>For example, for a given call, the customer service platform determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is connected to the particular agent and how well the requirements of the call match the skill profile of the particular agent. |

5

| | |
|---|---|
| | [4]<br><br>[3] |
| assigning each of the plurality of respective communications to one | The Booking Holdings customer service platform assigns each of the multiple respective communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each |

6

| | |
|---|---|
| of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. | respective communication with each respective resource.<br><br>For example, based on the determination of the appropriate agent to handle the call, the customer service platform assigns that agent to the call.<br><br>**Our Help Center**<br><br>**1** Tailor-made Customer Service<br>Tell us what's happening and we'll guide you through what to do next.<br><br>**2** Contact us anytime<br>Send us a message or pick up the phone – our agents are always available.<br><br>**3** All the important things in one place<br>Call or message the property, and see all the essential information about your stay.<br><br>[4]<br><br>**Helping your guests during peak season**<br><br>During the peak travel season, more guests than usual need help from our Customer Service team. If your guests need to contact us, have them visit our Help Center.<br><br>Through the Help Center, we can help your guests in their preferred language and prioritize Level 3 Genius members and guests who are traveling soon. We can give them the info they need to manage their booking themselves or advise them to contact our Customer Service team by email, live chat, or phone. |

7

|  | [4] |
|--|--|

## References

[1] Booking Holdings Inc. – Annual Report – December 31, 2021
https://s201.q4cdn.com/865305287/files/doc_financials/2021/ar/2021-Annual-Report-booking.pdf

[2] Booking.com – Customer Service
https://www.booking.com/customer-service.html

[3] Booking.com – Help Center
https://secure.booking.com/help?aid=356980&label=gog235jc-1DEhBjdXN0b21lcl9zZXJ2aWNlKIICOOgHSDNYA2gniAEBmAExuAEHyAEP2AED6AEB-AECiAIBqAIDuAKgnPijBsACAdICJGI2NzczODI4LWM4NTAtNGVmYy1iMDNkLWZjYThlZjBkNzVjOdgCBOACAQ&sid=6d197d2e1e48a1dfc392123c7d0fd73a&source=lp_faq_block

[4] Booking.com – Partner Center
https://partner.booking.com/en-us/help/support-contact/contact/understanding-how-contact-us

## General References

[5] TTEC -Intelligent Routing
https://www.ttec.com/glossary/intelligent-routing#:~:text=Intelligent%20Routing%20(or%20Skills%2Dbased,fit%20to%20resolve%20the%20issue.

[6] TTEC - Contact Center of the Future: Digital Transformation Best Practices
https://www.ttec.com/contact-center-of-the-future-digital-transformation-best-practices

8

[7] TTEC - The Building Blocks of a Dynamic Contact Center
https://www.ttec.com/blog/building-blocks-dynamic-contact-center

[8] TTEC - Contact Center Automation: Tools and Trends for the Decade Ahead
https://www.ttec.com/blog/contact-center-automation-tools-and-trends-decade-ahead