Exhibit 10

| Booking Holdings – Customer Service Platform<br><br>Infringement of the '086 patent | |
|---|---|
| **Claim 11** | **Evidence** |
| 11. A method for matching a first entity with a second entity, comprising: | The Booking Holdings customer service platform performs a method of matching a first entity with a second entity.<br><br>For example, the customer service platform matches an incoming call or message, which is the first entity, to a call center agent, which is the second entity.<br><br>"We provide customer service through a mix of _in-house call centers_ and outsourced third-party services." [1] (emphasis added)<br><br><br><br>[2] |

1

| storing a plurality of multivalued scalar data representing inferential targeting parameters for the first entity; | The Booking Holdings customer service platform stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity.<br><br>For example, the customer service platform uses one or more of: interactive voice response (e.g. language), caller identification (e.g. user account profile) and customer relationship management information (e.g. Level 3 Genius Member) to determine the nature of a call.  This information is used by the customer service platform intelligent (i.e. inferential) targeting parameters for routing the call to an appropriate call center agent.<br><br>"Further, we endeavor to *provide excellent customer service in a variety of ways, including through call centers and online platforms and the use of chatbots and other technologies*, so that consumers can be confident that booking reservations through us will be a positive experience. " [1] *(emphasis added)*<br><br>**Helping your guests during peak season**<br><br>During the peak travel season, more guests than usual need help from our Customer Service team. If your guests need to contact us, have them visit our Help Center.<br><br>Through the Help Center, we can help your guests in their preferred language and prioritize Level 3 Genius members and guests who are traveling soon. We can give them the info they need to manage their booking themselves or advise them to contact our Customer Service team by email, live chat, or phone.<br><br>[4] |

2



[3]

| | |
|---|---|
| storing a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | The Booking Holdings customer service platform stores a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities.<br><br>For example, the customer service platform stores respective characteristics of multiple call center agents. These agent characteristics include skills (e.g. language) and respective skill levels and the agent's prior history with handling calls of a specific nature (e.g. calls from Level 3 Genius members). The agent characteristics are used by the customer service platform as inferential targeting parameters for routing the call to an appropriate call center agent. |

3

| | |
|---|---|
| | **Helping your guests during peak season**<br><br>During the peak travel season, more guests than usual need help from our Customer Service team. If your guests need to contact us, have them visit our Help Center.<br><br>Through the Help Center, we can help your guests in their preferred language and prioritize Level 3 Genius members and guests who are traveling soon. We can give them the info they need to manage their booking themselves or advise them to contact our Customer Service team by email, live chat, or phone.<br><br>[4] |
| performing using an automated processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | Using an automated processor, the Booking Holdings customer service platform performs an economic optimization in matching the first entity with the second entity. The economic optimization is at least based on the scalar data. The economic optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the nature of the call (e.g. urgent call, call from Level 3 Genius member, andpreferred language of caller) and the respective characteristics of multiple call center agents (e.g. current length of agent's call queue, languages spoken, experience with Genius members) the customer service platform selects an appropriate agent for handling the call. This selection is mutually exclusive in the sense that the call is assigned to only the selected agent and that agent to only this particular call for the duration of the call. Therefore, the selection also accounts for the fact that the agent cannot handle other calls while handling this call (e.g. prioritizing calls of Level 3 Genius members over other calls). The agent selected to handle the call has the maximum benefit while considering the costs, which is |

4

<table>
<tr><td></td><td>

the so-called normalized economic surplus.

# Our Help Center

**1** **Tailor-made Customer Service**

Tell us what's happening and we'll guide you through what to do next.

**2** **Contact us anytime**

Send us a message or pick up the phone – our agents are always available.

**3** **All the important things in one place**

Call or message the property, and see all the essential information about your stay.

[4]

# Helping your guests during peak season

During the peak travel season, more guests than usual need help from our Customer Service team. If your guests need to contact us, have them visit our Help Center.

Through the Help Center, we can help your guests in their preferred language and prioritize Level 3 Genius members and guests who are traveling soon. We can give them the info they need to manage their booking themselves or advise them to contact our Customer Service team by email, live chat, or phone.

[4]

</td></tr>
<tr><td>

outputting a signal in dependence on the optimization.

</td><td>

The Booking Holdings customer service platform outputs a signal in dependence on the optimization.

For example, the customer service platform generates and outputs a signal

</td></tr>
</table>



[3]

[4]

References

[1] Booking Holdings Inc. – Annual Report – December 31, 2021
https://s201.q4cdn.com/865305287/files/doc_financials/2021/ar/2021-Annual-Report-booking.pdf

[2] Booking.com – Customer Service
https://www.booking.com/customer-service.html

[3] Booking.com – Help Center
https://secure.booking.com/help?aid=356980&label=gog235jc-
1DEhBjdXN0b21lcI9zZXJ2aWNlKIICOOgHSDNYA2gniAEBmAExuAEHyAEP2AED6AEB-
AECiAIBqAIDuAKgnPijBsACAdICJGI2NzczODI4LWM4NTAtNGVmYy1iMDNkLWZjYThlZjBkNzVjOdgCBOACAQ&si
d=6d197d2e1e48a1dfc392123c7d0fd73a&source=lp_faq_block

[4] Booking.com – Partner Center
https://partner.booking.com/en-us/help/support-contact/contact/understanding-how-contact-us

## General References

[5] TTEC -Intelligent Routing
https://www.ttec.com/glossary/intelligent-routing#:~:text=Intelligent%20Routing%20(or%20Skills
%2Dbased,fit%20to%20resolve%20the%20issue.

[6] TTEC - Contact Center of the Future: Digital Transformation Best Practices
https://www.ttec.com/contact-center-of-the-future-digital-transformation-best-practices

[7] TTEC - The Building Blocks of a Dynamic Contact Center
https://www.ttec.com/blog/building-blocks-dynamic-contact-center

[8] TTEC - Contact Center Automation: Tools and Trends for the Decade Ahead

https://www.ttec.com/blog/contact-center-automation-tools-and-trends-decade-ahead