IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 6:23-cv-540 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Booking Holdings Inc.,** | |
| Defendant. | |

## NOTICE OF RELATED CASE (Western District of Texas)

| Case Name | Case Number | Active Judge | Case Filing Date |
|---|---|---|---|
| Patent Armory Inc. v. OnePlus Technology (Shenzhen) Co., Ltd. | 6:23-cv-00327-ADA | Alan D Albright | 5/5/2023 |

Dated: July 27, 2023

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Patent Armory Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 27, 2023 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff