IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PATENT ARMORY INC., <br><br>　　　　　Plaintiff, <br>　　v. <br><br>BOOKING HOLDINGS INC., <br><br>　　　　　Defendant. | Case No.: 6:23-cv-00540-ADA |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Patent Armory Inc. ("Plaintiff") files this Unopposed Motion for Extension of Time for Defendant Booking Holdings Inc. ("Defendant") to Answer or Otherwise Respond to the Complaint, and respectfully requests an extension of thirty (30) days for Defendant to answer or otherwise respond to Plaintiff's Complaint.

The current deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is September 20, 2023. Plaintiff does not oppose a 30-day extension for Defendant to answer or otherwise respond to the Complaint. The extended deadline would be October 20, 2023.

This motion is not made for delay but only to permit orderly resolution of issues in the case.

Wherefore, Plaintiff respectfully requests that the Court extend the time for Defendant to answer or otherwise respond to the Complaint by 30 days, until October 20, 2023. A proposed order is submitted herewith.

| | |
|---|---|
| Date: September 19, 2023 | Respectfully submitted, |
| | s/ Isaac Rabicoff |
| | Isaac Rabicoff<br>Rabicoff Law LLC<br>600 Mamaroneck Ave STE 400<br>Harrison, NY 10528<br>7736694590<br>isaac@rabilaw.com |
| | ***Counsel for Plaintiff Patent Armory Inc.*** |

## CERTIFICATE OF CONFERENCE

I hereby certify that Defendant's counsel conferred by electronic mail on September 19, 2023, with Plaintiff's counsel concerning this Motion.

By: s/ Isaac Rabicoff
Isaac Rabicoff

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

By: s/ Isaac Rabicoff
Isaac Rabicoff
