IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PATENT ARMORY INC., <br><br> Plaintiff, <br><br> v. <br><br> BOOKING HOLDINGS INC., <br><br> Defendant. | Case No.: 6:23-cv-00540-ADA |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Before the Court is Plaintiff Patent Armory Inc.'s Unopposed Motion for Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint. After consideration, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the deadline for Defendant Booking Holdings Inc. to move, answer, or otherwise respond to Plaintiff's Complaint is extended to October 20, 2023.

SIGNED this _____ day of _____ 2023.

_____
Hon. Alan D Albright
UNITED STATES DISTRICT JUDGE