AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Patent Armory Inc., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:23-cv-00540-ADA |
| Booking Holdings Inc., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Booking Holdings Inc.

Date: 09/20/2023

/s/ Jeremy Taylor
*Attorney's signature*

Jeremy Taylor
*Printed name and bar number*
Baker Botts L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111

*Address*

jeremy.taylor@bakerbotts.com
*E-mail address*

(415) 291-6200
*Telephone number*

(415) 291-6300
*FAX number*