AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Texas__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:23-cv-540 | DATE FILED<br>7/27/2023 | U.S. DISTRICT COURT<br>Western District of Texas |
|---|---|---|
| PLAINTIFF<br><br>Patent Armory Inc. | | DEFENDANT<br><br>Booking Holdings Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,237,420 | 3/19/2019 | Patent Armory Inc. |
| 2 | 10,491,748 | 11/26/2019 | Patent Armory Inc. |
| 3 | 7,023,979 | 4/4/2006 | Patent Armory Inc. |
| 4 | 7,269,253 | 9/11/2007 | Patent Armory Inc. |
| 5 | 9,456,086 | 9/27/2016 | Patent Armory Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 10/19/23-Notice of voluntary dismissal. Document 11. |

| CLERK<br>PHILIP J. DEVLIN | (BY) DEPUTY CLERK<br>*NDavis* | DATE<br>10/19/2023 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy